**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

LIBERTY CORPORATE CAPITAL LTD.,

Plaintiff,

v.

INTERNATIONAL RISK PLACEMENT, INC., an Illinois corporation,

Defendant.

Case No. 23-CV-2038

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT

Defendant, International Risk Placement, Inc, pursuant to Local Rule 83.17 of the Rules of the Northern District of Illinois, hereby moves this Honorable Court for leave of court to substitute Timothy J. Somen of the Somen Law Firm, LLC, of counsel to the law firm of Zanck, Coen, Wright & Saladin, P.C. as its counsel of record to represent it in the above-captioned case and to permit Timothy M. Hayes of O'Hagan Meyer, LLC, who is now of record as counsel for Defendant, to withdraw as counsel.

1. Defendant has asked Timothy M. Hayes, and the firm of O'Hagan Meyer, LLC to withdraw and substitute new counsel.

2. Defendant has executed a Consent of Substitution that is attached as Exhibit A.

3. This substitution of counsel will not prejudice either party and will not unduly delay this matter.

4. The undersigned has conferred with counsel for Plaintiff concerning this motion and counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

WHEREFORE, Defendant prays this Honorable Court grant the relief requested in this Unopposed Motion to Withdraw and Substitute Counsel for Defendant, grant leave to Timothy J. Somen to enter his appearance for Defendant, and for such other and further relief deemed proper.

Respectfully submitted,

Dated:

By: ___/s/ Timothy M. Hayes_______

Timothy M. Hayes (#6292981)
O'Hagan Meyer, LLC
1 E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100
thayes@ohaganmeyer.com