✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** ILLINOIS, EASTERN DIVISION

LIBERTY CORPORATE CAPITAL, LTD.
Plaintiff (s),
V.
INTERNATIONAL RISK PLACEMENT, INC.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 23-CV-2038

Notice is hereby given that, subject to approval by the court, INTERNATIONAL RISK PLACEMENT (Party (s) Name) substitutes TIMOTHY J. SOMEN (Name of New Attorney), State Bar No. 6279438 as counsel of record in place of TIMOTHY M. HAYES (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Somen Law Firm, LLC
Address: 40 Brink St. Crystal Lake, IL 60014
Telephone: (847) 393-4999 Facsimile
E-Mail (Optional):

I consent to the above substitution.
Date: 6/19/2023

*/s/ Todd Okeson, attorney in fact, for Nancy Selwood, President, International Risk Placement, Inc.*
(Signature of Party (s))

I consent to being substituted.
Date: 6/19/2023

*/s/ Timothy M. Hayes*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/19/2023

*/s/ Timothy J. Somen*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

**EXHIBIT A**