**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Liberty Corporate Capital LTD.
Plaintiff,
v.
Case No.: 1:23−cv−02038
Honorable Matthew F. Kennelly
International Risk Placement, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion to substitute attorney [14] is granted. Attorney Timothy M. Hayes is granted leave to withdraw. Attorney Timothy J. Somen is granted leave to file his appearance for defendant. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.